EMMA BRANCA et al., Respondents, v. LAW-SYL REALTY CORP., Appellant, et al., Defendants.— In an action by plaintiff wife to recover damages for personal injuries, and by plaintiff husband for expenses, loss of services and consortium, defendant Law-Syl Realty Corp. appeals from a judgment in favor of plaintiffs and against it, rendered upon the verdict of a jury. Judgment of the City Court of Mount Vernon reversed on the facts and new trial granted, with costs to abide the event, unless plaintiff Emma Branca stipulate, within ten days after the entry of an order hereon, to reduce the verdict insofar as it is in her favor to the sum of $1,500, in which event the judgment, as so reduced, is unanimously affirmed, without costs. In our opinion the amount of the award for plaintiff Emma Branca was excessive. Present — Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *post*, p. 839.]

LAWRENCE T. CACIOPPO, Respondent, v. GRANDVIEW DAIRY, INC., et al., Appellants.— In an action to recover damages for fraud in the purchase of stock, order, insofar as appealed from, granting motion for examination of defendants before trial affirmed, with $10 costs and disbursements. Examination to proceed on five days' notice. No opinion. Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ., concur.

STEPHANIE CHIZ, Respondent, v. JOHN J. CARR, Appellant.— Appeal by defendant from a judgment in favor of the plaintiff based on a contract for the purchase and sale of certain real property. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ.